EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 75 |
| Manuel A. Hernández García | 174 DPR \_\_\_\_ |

Número del Caso: TS-6483

Fecha: 9 de mayo de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Manuel A. Hernández García

TS-6483

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de mayo de 2008

Vista la misiva del Lcdo. Manuel A. Hernández García, expresando su renuncia a la práctica de la abogacía presentada el 26 de noviembre de 2007 así como la Moción en Contestación a Resolución presentada por el Colegio de Abogados el 14 de febrero de 2008, expresando no tener objeción a dicha renuncia, se autoriza al Lcdo. Manuel A. Hernández García a darse de baja voluntaria de dicha institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo